**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: FINNEGAN CONSTRUCTION CO § Case No. 11-45459-BWB
§
§
Debtor(s) §

**NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/10/2014 in Courtroom       , United States Courthouse,
150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

    Date Mailed:  12/06/2013      By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                                           Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: FINNEGAN CONSTRUCTION CO         § Case No. 11-45459-BWB
                                        §
                                        §
Debtor(s)                               §

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 30,550.00 |
| *and approved disbursements of* | $ 1,960.37 |
| *leaving a balance on hand of* [1] | $ 28,589.63 |
| **Balance on hand:** | $ 28,589.63 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 28,589.63 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 3,805.00 | 0.00 | 3,805.00 |
| Accountant for Trustee, Fees - Alan D. Lasko | 3,733.50 | 0.00 | 3,733.50 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 48.33 | 0.00 | 48.33 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,586.83 |
| Remaining balance: | $ 21,002.80 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 21,002.80 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 21,002.80 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 109,961.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nicor Gas | 521.38 | 0.00 | 99.58 |
| 2 | American Express Bank, FSB | 4,126.59 | 0.00 | 788.19 |
| 3 | Mobile Mini, Inc. | 1,436.96 | 0.00 | 274.46 |
| 4 | CNH Capital America LLC | 436.42 | 0.00 | 83.36 |
| 5 | Branecki-Virgilio & Associates | 103,440.00 | 0.00 | 19,757.21 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 21,002.80 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $         0.00
Remaining balance:                                    $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $         0.00
Remaining balance:                         $         0.00

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
                              Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                               United States Bankruptcy Court
                               Northern District of Illinois

In re:                                                                    Case No. 11-45459-BWB
Finnegan Construction Company                                             Chapter 7
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: cgreen                 Page 1 of 2                   Date Rcvd: Dec 09, 2013
                              Form ID: pdf006              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2013.
db           #+Finnegan Construction Company,    PO Box 278,    Lockport, IL 60441-0278
aty           +Law Office of William J Factor,    105 W Madison,    Suite 1500,    Chicago, IL 60602-4602
aty           +William J Factor,    Law Office of William J Factor Ltd,    105 W Madison,    Suite 1500,
                Chicago, IL 60602-4602
18030928     +AT&T,    c/o CT Corporation System,    208 South LaSalle Street, #814,    Chicago, IL 60604-1101
18030927     +American Express,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
19694675      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18030929    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    4161 Piedmont Parkway,    Greensboro, NC 27410)
18030930     +Branecki-Virgilio & Associates,    420 W Clayton Street,    Waukegan, IL 60085-4216
18030931     +CNH Capital America LLC,    PO Box 3600,    Lancaster, PA 17604-3600
18030933     +Credit Protection Association,    13355 Noel Rd,    Suite 2100,    Dallas, TX 75240-6837
18030934     +Farrelly Sewer & Water,    721 Houston Street,    Lemont, IL 60439-4303
18030935     +Finnegan Farms, LLC,    c/o Kenneth J. Nemec, Jr.,    835 McClintock Drive, 2nd Floor,
                Willowbrook, IL 60527-0859
18030936     +Goldstine Skrodzki, Russian, Nemec,    and Hoff,    835 McClintock Drive,
                Burr Ridge, IL 60527-0860
18030937     +Great America Leasing,    625 1st Street SE, #800,    Cedar Rapids, IA 52401-2031
18030938     +IL Dept. of Employment Security,    33 South State Street,    Chicago, IL 60603-2808
18030939     +Illinois American Water,    300 North Water Works Drive,    Belleville, IL 62223-8601
18030940     +McGreal & Company, PC,    5740 West 95th Street,    Oak Lawn, IL 60453-2359
18030941     +Michael F. Finnegan,    13526 South Erin Drive,    Homer Glen, IL 60491-9178
18030942     +Mobile Mini, Inc.,    7420 South Kyrene Road, #101,    Tempe, AZ 85283-4678
18030943     +Mulcahy Pauritsch Salvador & Co.,    7500 South County Line Road,    Burr Ridge, IL 60527-6955
18030946     +State Bank of Countryside,    c/o Deutsch Levy & Engel, Chtd.,    225 West Washington Street, #1700,
                Chicago, IL 60606-3404
18030947     +The Inertia Group,    22084 Heritage Drive,    Frankfort, IL 60423-8520
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18030932       E-mail/Text: legalcollections@comed.com Dec 10 2013 01:13:31     ComEd,    PO Box 6111,
                Carol Stream, IL 60197-6111
19686582     +E-mail/Text: bankrup@aglresources.com Dec 10 2013 01:11:30      Nicor Gas,    Po box 549,
                Aurora Il 60507-0549
18030944     +E-mail/Text: bankrup@aglresources.com Dec 10 2013 01:11:30      Nicor Gas,    1844 Ferry Road,
                Naperville, IL 60563-9600
18030945       E-mail/Text: appebnmailbox@sprint.com Dec 10 2013 01:12:29     Sprint,    KSOPHT0101-Z4300,
                6391 Sprint Parkway,    Overland Park, KS 66251
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2013                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1           User: cgreen              Page 2 of 2              Date Rcvd: Dec 09, 2013
                               Form ID: pdf006           Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2013 at the address(es) listed below:

```
          Ariane  Holtschlag    on behalf of Trustee Thomas B Sullivan aholtschlag@wfactorlaw.com,
           gsullivan@wfactorlaw.com
          Carrie A Zuniga    on behalf of Creditor    Branecki-Virgilio & Associates czuniga@lakelaw.com
          Eric J. Miller    on behalf of Debtor    Finnegan Construction Company emiller@farwelllaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas B Sullivan    tsullivan@wfactorlaw.com,   IL19@ecfcbis.com
          Thomas B Sullivan    on behalf of Accountant    Alan D Lasko & Associates tsullivan@wfactorlaw.com,
           IL19@ecfcbis.com
                                                                                             TOTAL: 6
```