# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: FINNEGAN CONSTRUCTION CO  § Case No. 11-45459-BWB
§
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $389,061.00   Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $21,002.80   Claims Discharged Without Payment: $88,958.55

Total Expenses of Administration: $9,547.20

3) Total gross receipts of $ 30,550.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $30,550.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $103,440.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,547.20 | 9,547.20 | 9,547.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 109,961.35 | 109,961.35 | 21,002.80 |
| **TOTAL DISBURSEMENTS** | $0.00 | $222,948.55 | $119,508.55 | $30,550.00 |

4) This case was originally filed under Chapter 7 on November 08, 2011. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/11/2014            By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

Case 11-45459   Doc 66   Filed 04/01/14   Entered 04/01/14 15:15:44   Desc Main
                                Document      Page 3 of 9


# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| HOME FURNTITURE | 1129-000 | 5,000.00 |
| 2001 CHEVY PICKUP | 1129-000 | 5,500.00 |
| KUBOTA TRACTOR | 1129-000 | 5,750.00 |
| 1997 BEAVER CREEK TAILER | 1229-000 | 1,500.00 |
| NEW HOLLAND SKID STEER W/ SWEEPER ATTACH | 1129-000 | 12,800.00 |
| **TOTAL GROSS RECEIPTS** | | **$30,550.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Branecki-Virgilio & Associates | 4110-000 | N/A | 32,560.00 | 0.00 | 0.00 |
| 7 | Branecki-Virgilio & Associates | 4110-000 | N/A | 70,880.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$103,440.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 3,805.00 | 3,805.00 | 3,805.00 |
| Alan D. Lasko | 3410-000 | N/A | 3,733.50 | 3,733.50 | 3,733.50 |
| Alan D. Lasko | 3420-000 | N/A | 48.33 | 48.33 | 48.33 |
| The Bank of New York Mellon | 2600-000 | N/A | 36.64 | 36.64 | 36.64 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.79 | 48.79 | 48.79 |
| The Bank of New York Mellon | 2600-000 | N/A | 57.39 | 57.39 | 57.39 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3620-000 | N/A | 1,300.80 | 1,300.80 | 1,300.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 50.73 | 50.73 | 50.73 |
| The Bank of New York Mellon | 2600-000 | N/A | 47.64 | 47.64 | 47.64 |
| Rabobank, N.A. | 2600-000 | N/A | 36.82 | 36.82 | 36.82 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 22.91 | 22.91 | 22.91 |
| Rabobank, N.A. | 2600-000 | N/A | 32.17 | 32.17 | 32.17 |
| Rabobank, N.A. | 2600-000 | N/A | 33.25 | 33.25 | 33.25 |
| Rabobank, N.A. | 2600-000 | N/A | 39.75 | 39.75 | 39.75 |
| Rabobank, N.A. | 2600-000 | N/A | 42.86 | 42.86 | 42.86 |
| Rabobank, N.A. | 2600-000 | N/A | 38.66 | 38.66 | 38.66 |
| Rabobank, N.A. | 2600-000 | N/A | 45.50 | 45.50 | 45.50 |
| Rabobank, N.A. | 2600-000 | N/A | 41.30 | 41.30 | 41.30 |
| Rabobank, N.A. | 2600-000 | N/A | 39.86 | 39.86 | 39.86 |
| Rabobank, N.A. | 2600-000 | N/A | 45.30 | 45.30 | 45.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$9,547.20** | **$9,547.20** | **$9,547.20** |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nicor Gas | 7100-000 | N/A | 521.38 | 521.38 | 99.58 |
| 2 | American Express Bank, FSB | 7100-000 | N/A | 4,126.59 | 4,126.59 | 788.19 |
| 3 | Mobile Mini, Inc. | 7100-000 | N/A | 1,436.96 | 1,436.96 | 274.46 |
| 4 | CNH Capital America LLC | 7100-000 | N/A | 436.42 | 436.42 | 83.36 |
| 5 | Branecki-Virgilio & Associates | 7100-000 | N/A | 103,440.00 | 103,440.00 | 19,757.21 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $109,961.35 | $109,961.35 | $21,002.80 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-45459-BWB  **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** FINNEGAN CONSTRUCTION CO  **Filed (f) or Converted (c):** 11/08/11 (f)
**§341(a) Meeting Date:** 12/01/11
**Period Ending:** 03/11/14  **Claims Bar Date:** 02/07/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   13600 SOUTH ERIN DRIVE, HOMER GLEN, IL | 380,561.00 | 0.00 | | 0.00 | FA |
| 2   16 ACRES OF VACANT LAND, LEMONT | Unknown | Unknown | | 0.00 | FA |
| 3   CHECKING ACCOUNT | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 4   HOME FURNTITURE | 10,000.00 | 10,000.00 | | 5,000.00 | FA |
| 5   2001 CHEVY PICKUP | Unknown | Unknown | | 5,500.00 | FA |
| 6   1990 CHEVY CARGO VAN | Unknown | Unknown | | 0.00 | FA |
| 7   1989 CHEVY ONE TON DUMP TRUCK | Unknown | Unknown | | 0.00 | FA |
| 8   OFFICE EQUIPMENT | 500.00 | 500.00 | | 0.00 | FA |
| 9   KUBOTA TRACTOR | 5,000.00 | 5,000.00 | | 5,750.00 | FA |
| 10  1997 BEAVER CREEK TAILER (u) | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 11  NEW HOLLAND SKID STEER W/ SWEEPER ATTACH | 5,000.00 | 0.00 | | 12,800.00 | FA |
| 12  HOLLAND SKID STEER | 5,000.00 | 5,000.00 | | 0.00 | FA |
| **12   Assets   Totals** (Excluding unknown values) | **$410,561.00** | **$25,000.00** | | **$30,550.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

WAITING FOR FINAL TAX RETURNS AND COMPLETION OF BAR DATE; FINAL HEARING SET FOR JANUARY 10, 2014

**Initial Projected Date Of Final Report (TFR):** December 31, 2013   **Current Projected Date Of Final Report (TFR):** December 5, 2013 (Actual)

Printed: 03/11/2014 10:21 AM   V.13.14

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-45459-BWB  
**Case Name:** FINNEGAN CONSTRUCTION CO  
**Taxpayer ID #:** **-***8522  
**Period Ending:** 03/11/14  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******13-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/09/12 | | AMERICAN AUCTION ASSOCIATES, INC | SALE OF EQUIPMENT | | 25,550.00 | | 25,550.00 |
| | {10} | | SALE OF TRAILER  1,500.00 | 1229-000 | | | 25,550.00 |
| | {11} | | SAEL OF SKIDSTEER SWEEPER  1,800.00 | 1129-000 | | | 25,550.00 |
| | {5} | | SALE OF 2201 PICKUP  5,500.00 | 1129-000 | | | 25,550.00 |
| | {9} | | 2008 KUBOTA TRACTOR  5,750.00 | 1129-000 | | | 25,550.00 |
| | {11} | | NEW HOLLAND SKIDSTEER  11,000.00 | 1129-000 | | | 25,550.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.64 | 25,513.36 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.79 | 25,464.57 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.39 | 25,407.18 |
| 11/05/12 | 101 | AMERICAN AUCTION ASSOCIATES, INC. | EXPENSES TO AUCTIONEER | 3620-000 | | 1,300.80 | 24,106.38 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.73 | 24,055.65 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.64 | 24,008.01 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | 9999-000 | | 24,008.01 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 25,550.00 | 25,550.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 24,008.01 | |
| | | | **Subtotal** | | 25,550.00 | 1,541.99 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,550.00** | **$1,541.99** | |

{} Asset reference(s)

Printed: 03/11/2014 10:21 AM   V.13.14

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-45459-BWB  
**Case Name:** FINNEGAN CONSTRUCTION CO

**Taxpayer ID #:** **-***8522  
**Period Ending:** 03/11/14

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****618266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 24,008.01 | | 24,008.01 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.82 | 23,971.19 |
| 02/13/13 | 10102 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-45459, Bond #016026455 Voided on 02/13/13 | 2300-000 | | 22.91 | 23,948.28 |
| 02/13/13 | 10102 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-45459, Bond #016026455 Voided: check issued on 02/13/13 | 2300-000 | | -22.91 | 23,971.19 |
| 02/13/13 | 10103 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-45459, bond#016026455 | 2300-000 | | 22.91 | 23,948.28 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.17 | 23,916.11 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.25 | 23,882.86 |
| 04/16/13 | {4} | STATE BANK OF COUNTRYSIDE | SALE OF FURNITURE | 1129-000 | 5,000.00 | | 28,882.86 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.75 | 28,843.11 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.86 | 28,800.25 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.66 | 28,761.59 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.50 | 28,716.09 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.30 | 28,674.79 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.86 | 28,634.93 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.30 | 28,589.63 |
| 01/13/14 | 10104 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $3,805.00, Trustee Compensation; Reference: | 2100-000 | | 3,805.00 | 24,784.63 |
| 01/13/14 | 10105 | Alan D. Lasko | Dividend paid 100.00% on $3,733.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,733.50 | 21,051.13 |
| 01/13/14 | 10106 | Alan D. Lasko | Dividend paid 100.00% on $48.33, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 48.33 | 21,002.80 |
| 01/13/14 | 10107 | Nicor Gas | Dividend paid 19.10% on $521.38; Claim# 1; Filed: $521.38; Reference: | 7100-000 | | 99.58 | 20,903.22 |
| 01/13/14 | 10108 | American Express Bank, FSB | Dividend paid 19.10% on $4,126.59; Claim# 2; Filed: $4,126.59; Reference: | 7100-000 | | 788.19 | 20,115.03 |
| 01/13/14 | 10109 | Mobile Mini, Inc. | Dividend paid 19.10% on $1,436.96; Claim# 3; Filed: $1,436.96; Reference: | 7100-000 | | 274.46 | 19,840.57 |
| 01/13/14 | 10110 | CNH Capital America LLC | Dividend paid 19.10% on $436.42; Claim# 4; | 7100-000 | | 83.36 | 19,757.21 |

Subtotals :   $29,008.01   $9,250.80

{} Asset reference(s)

Printed: 03/11/2014 10:21 AM   V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-45459-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | FINNEGAN CONSTRUCTION CO | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****618266 - Checking Account |
| Taxpayer ID #: | **-***8522 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/11/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Filed: $436.42; Reference: | | | | |
| 01/13/14 | 10111 | Branecki-Virgilio & Associates | Dividend paid 19.10% on $103,440.00; Claim# 5; Filed: $103,440.00; Reference: Voided on 01/29/14 | 7100-000 | | 19,757.21 | 0.00 |
| 01/29/14 | 10111 | Branecki-Virgilio & Associates | Dividend paid 19.10% on $103,440.00; Claim# 5; Filed: $103,440.00; Reference: Voided: check issued on 01/13/14 | 7100-000 | | -19,757.21 | 19,757.21 |
| 01/29/14 | 10112 | Branecki-Virgilio & Associates | DIVIDEND PAID 19/10% ON $103,440.00; CLAIM #5; FILED $103,440.00 | 7100-000 | | 19,757.21 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **29,008.01** | **29,008.01** | **$0.00** |
| | | | Less: Bank Transfers | | 24,008.01 | 0.00 | |
| | | | **Subtotal** | | **5,000.00** | **29,008.01** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$29,008.01** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******13-66 | 25,550.00 | 1,541.99 | 0.00 |
| Checking # ****618266 | 5,000.00 | 29,008.01 | 0.00 |
| | $30,550.00 | $30,550.00 | $0.00 |